UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-8503-RAO                                      Date: May 11, 2016
Title:    Deborah Ann Devery v. Carolyn W. Colvin

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**      (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

Pursuant to the Court's November 6, 2015, Order Regarding Further Proceedings, the Commissioner was ordered to file her "Memorandum in Support of Defendant's Answer" within 30 days after service of Plaintiff's memorandum. (Dkt. No. 9.) Plaintiff filed her memorandum on April 4, 2016. (Dkt. No. 16.) As of the date of this Order, however, the Commissioner has not filed her memorandum. IT IS THEREFORE ORDERED that the Commissioner must show cause, in writing, on or before **May 25, 2015**, why this action should not be dismissed for failure to prosecute. **The Commissioner is cautioned that failure to timely comply with this Order <u>will</u> result in the dismissal of this action. The Commissioner may discharge her obligation to show cause under this Order by filing her memorandum in support by May 25, 2015.**

IT IS SO ORDERED.

:
Initials of Preparer     gr