FILED
CLERK, U.S. DISTRICT COURT
07/08/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___es___ DEPUTY

LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DEBORAH ANN DEVERY, | No. CV 15-8503 RAO |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED EIGHTEEN DOLLARS AND 89/100 ($2,218.89) subject to the terms of the stipulation.

DATE: July 8, 2016          _____
                                HON. ROZELLA A. OLIVER,
                                UNITED STATES MAGISTRATE JUDGE